No. 11–1063.  BLYE ET AL. *v.* KOZINSKI, CHIEF JUDGE, UNITED
STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL.,
566 U. S. 970.  Petition for rehearing denied.  JUSTICE BREYER
took no part in the consideration or decision of this petition.

  No. 11–7106.  CURTIS-JOSEPH *v.* RICHARDSON ET AL., 565 U. S.
1123.  Motion for leave to file petition for rehearing denied.

JUNE 20, 2012

  No. 11A1224.  SIMMONS *v.* MISSISSIPPI.  Application for stay
of execution of sentence of death, presented to JUSTICE SCALIA,
and by him referred to the Court, denied.

JUNE 25, 2012

  No. 11–1178.  FLETCHER ET AL. *v.* LAMONE ET AL.  Affirmed
on appeal from D. C. Md.

  No. 11–83.  ARCTIC SLOPE NATIVE ASSN., LTD. *v.* SEBELIUS,
SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *Salazar* v. *Ramah Navajo Chapter*,
*ante*, p. 182.